UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 31717
JEROME CARTER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
SSN XXX-XX-4057

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 08/11/05 and confirmed on 10/12/05.

     2.   The case was converted to Chapter 7 after confirmation, 10/27/2007.

     3.   The Debtor paid a total of $  13300.00 .

     4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 11455.98 | .00 | 5561.67 |
| FORD MOTOR CREDIT CO | SECURED | 11364.70 | 1630.66 | 5016.47 |
| CODILIS & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| SECURITY LINK | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST LAGRANGE MEMOR | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST LAGRANGE MEMOR | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1365.39 | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| EMERGE MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CORP | UNSECURED | 13767.81 | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 2861.48 | .00 | .00 |

          Summary of disbursements:
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 22820.68 | .00 | 17994.68 | .00 | 40815.36 |
| PRINCIPAL PAID | 10578.14 | .00 | .00 | .00 | 10578.14 |
| INTEREST PAID | 1630.66 | .00 | .00 | .00 | 1630.66 |
| TOTAL PAID | 12208.80 | .00 | .00 | .00 | 12208.80 |

The Debtor's attorney, STUART B HANDELMAN          , was allowed $   2811.00
and was paid $   2200.00  direct and $    611.00  through the plan.

The Trustee received $     480.20 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 01/17/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE